UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FREDERICK DYE,                                          CIVIL NO. 15-2790 (SRN/JSM)

    Petitioner,

v.

DENESE WILSON, Warden,

    Respondent.

---

MALEK RAFATI,                                           CIVIL NO. 15-2601 (SRN/JSM)

    Petitioner,

v.

DENESE WILSON, Warden,

    Respondent.

---

TED HULSLANDER,                                         CIVIL NO. 15-2815 (SRN/JSM)

    Petitioner,

v.

DENESE WILSON, Warden,

    Respondent.

## ORDER

The above matter came before the undersigned on the Report and Recommendation of Magistrate Judge Janie S. Mayeron dated June 9, 2016. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner Frederick Dye's application for habeas corpus relief under 28 U.S.C. § 2241 [Civil File No. 15-2790, Docket No. 1] is **DENIED** and the matter is **DISMISSED** with prejudice.

2. Petitioner Malek Rafati's application for habeas corpus relief under 28 U.S.C. § 2241 [Civil File No. 15-2601, Docket No. 1] is **DENIED** and the matter is **DISMISSED** with prejudice.

3. Petitioner Ted Hulslander's application for habeas corpus relief under 28 U.S.C. § 2241 [Civil File No. 15-2815, Docket No. 1] is **DENIED** and the matter is **DISMISSED** with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 28, 2016                                 s/Susan Richard Nelson
                                                     SUSAN RICHARD NELSON
                                                     United States District Judge